373  FIFTH NATIONAL BANK vs. CIRCUIT JUDGE (Clinton), No. 12025½.

To compel vacation of an order setting aside an order for the distribution of a trust fund.

Denied April 10, 1894, with costs.

The case had been to the Supreme Court after the order of

·distribution was made, and the circuit judge vacated the order, being convinced that it was incorrect under the decree made on the appeal.